United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward G. Whalin  
    Debtor  

Case No. 15-18535-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Randi    Page 1 of 1    Date Rcvd: Jun 14, 2017  
                 Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.  
db         +Edward G. Whalin,    354 W Ritner Street,    Philadelphia, PA 19148-3923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                           Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:

       BARBARA A. FEIN    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent for The Bank of New York Mellon juliep@lobaf.com, lawofficeofbarbarafein@gmail.com  
       BARBARA A. FEIN    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee, By and Through its Loan Servicer Specialized Loan Servicing, Inc. juliep@lobaf.com, lawofficeofbarbarafein@gmail.com  
       BRAD J. SADEK    on behalf of Debtor Edward G. Whalin brad@sadeklaw.com  
       BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
       HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC Lincoln Automotive Financial Services hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
       MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 bkgroup@kmllawgroup.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                           TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    EDWARD G. WHALIN, | : | |
|        Debtor | : | Bky. No.  15-18535  ELF |

# O R D E R

     **AND NOW,** upon consideration of the Motion to Approve Mortgage Modification ("the Motion") (Doc. # 69) filed by **The Bank of New York Mellon** ("the Lender"), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and to the extent that relief from the automatic stay is necessary for the parties to enter into the transaction, such relief is **GRANTED** to the Lender.

3. Except as provided in Paragraph 4 below, if applicable, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS** as provided in the plan.

4. If: (a) the confirmed chapter 13 plan provides for the cure of prepetition arrears under 11 U.S.C. §1322(b)(5) and (b) the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan and shall distribute the plan payments in accordance with the other provisions of the confirmed plan.

**Date: June 14, 2017**

_____
**ERIC L. FRANK
CHIEF U.S. BANKRUPTCY JUDGE**