United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 15-18535-elf
Edward G. Whalin                                                    Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Randi              Page 1 of 2              Date Rcvd: Aug 08, 2017
                               Form ID: 138NEW          Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 10, 2017.
```
db          +Edward G. Whalin,    354 W Ritner Street,    Philadelphia, PA 19148-3923
cr          +Specialized Loan Servicing LLC, as Servicing Agent,     8742 Lucent Boulevard,    Suite 300,
              Highland Ranch, CO 80129-2386
cr          +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +The Bank of New York Mellon f/k/a The Bank of New,     8742 Lucent Boulevard,    Suite 300,
              Highland Ranch, CO 80129-2386
13647183   ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
             (address filed with court:  Ford Motor Credit Company, LLC,     Dept. 55953,    P.O. Box 55000,
              Detroit, MI 48255-0953)
13647527    +Lincoln Automotive Fin. Srvs.,    PO Box 62180,    Colorado Springs, CO 80962-2180
13640064    +Lincoln Automotive Finance,    12110 Emmet St,    Omaha, NE 68164-4263
13647184     Lincoln Automotive Financial Services,    Department 55953,    P.O. Box 55000,
              Detroit, MI 48255-0953
13640066    +Parker McCay P.A.,    9000 Midlantic Drive, Suite 300,    P.O. Box 5054,
              Mount Laurel, NJ 08054-5054
13640067    +Specialized Loan Servicing,    8742 Lucent Blvd,    Ste 300,    Highlands Ranch, CO 80129-2386
13683192    +The Bank of New York Mellon Trustee(See 410),     c/o Specialized Loan Servicing LLC,
              8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
13640068    +Xerox Solutions,    P.O. Box 41818,    Philadelphia, PA 19101-1818
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: bankruptcy@phila.gov Aug 09 2017 01:48:52     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 09 2017 01:48:38
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 09 2017 01:48:46     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13640065    +E-mail/Text: blegal@phfa.org Aug 09 2017 01:48:44     PA Housing Finance Agency,
              211 N Front St,    Harrisburg, PA 17101-1406
13652478    +E-mail/Text: equiles@philapark.org Aug 09 2017 01:48:58     Philadelphia Parking Authority,
              701 Market St. Suite 5400,    Philadelphia, PA 19106-2895
13695744    +E-mail/Text: kristend@lobaf.com Aug 09 2017 01:48:46     The Bank of NY Mellon,
              c/o Barbara A. Fein, Esq.,    721 Dresher Rd., Ste. 1050,    Horsham, PA 19044-2266
                                                                                              TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13946527*      +The Bank of New York Mellon, Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2017                                        Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2017 at the address(es) listed below:
```
              BARBARA A. FEIN    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent for
               The Bank of New York Mellon speck@lobaf.com, BarbaraF@lobaf.com
              BARBARA A. FEIN    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee, By and Through its Loan Servicer Specialized Loan Servicing, Inc. speck@lobaf.com,
               BarbaraF@lobaf.com
```

```
District/off: 0313-2          User: Randi                 Page 2 of 2                  Date Rcvd: Aug 08, 2017
                              Form ID: 138NEW             Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        BRAD J. SADEK    on behalf of Debtor Edward G. Whalin brad@sadeklaw.com
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of
        NewYork, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
        Series 2007-9 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
        HOWARD  GERSHMAN    on behalf of Creditor    CAB East, LLC Lincoln Automotive Financial Services
        hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net
        MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of
        NewYork, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates,
        Series 2007-9 bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com

                                                                             TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Edward G. Whalin
    Debtor(s)

Bankruptcy No: 15−18535−elf
Chapter: 13

___

*NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 8/8/17

76 − 75
Form 138_new