United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward G. Whalin  
    Debtor

Case No. 15-18535-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Randi     Page 1 of 1     Date Rcvd: Sep 22, 2017  
                       Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2017.  
db        +Edward G. Whalin,    354 W Ritner Street,    Philadelphia, PA 19148-3923

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2017 at the address(es) listed below:  
        BARBARA A. FEIN    on behalf of Creditor    Specialized Loan Servicing LLC, as Servicing Agent for The Bank of New York Mellon speck@lobaf.com, BarbaraF@lobaf.com  
        BARBARA A. FEIN    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee, By and Through its Loan Servicer Specialized Loan Servicing, Inc. speck@lobaf.com, BarbaraF@lobaf.com  
        BRAD J. SADEK    on behalf of Debtor Edward G. Whalin brad@sadeklaw.com  
        BRIAN CRAIG NICHOLAS    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
        HOWARD GERSHMAN    on behalf of Creditor    CAB East, LLC Lincoln Automotive Financial Services hg229ecf@gmail.com, 229ecf@glpoc.comcastbiz.net  
        MATTEO SAMUEL WEINER    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of NewYork, as Trustee for the certificateholders of the CWABS, Inc., Asset-Backed Certificates, Series 2007-9 bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com  
                                                                                                                                    TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Edward G. Whalin                                            : Case No. 15−18535−elf

    Debtor(s)

## ORDER
_____

AND NOW, this day , September 22, 2017 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Eric L. Frank
Chief Judge , United States Bankruptcy Court

82
Form 195